Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MATTHEW CHRISTOPHER, <br><br> Defendant. | NO. 2:22-cr-00194-RAJ <br><br> ORDER TO SHOW CAUSE |

On March 23, 2023, the Court issued an Arrest Warrant as to Matthew CHRISTOPHER after he failed to appear for a bond revocation hearing. (Dkt. 33-34.)

On April 21, 2023, CHRISTOPHER failed to appear for his scheduled DREAM status hearing. (Dkt. 37.)

On May 19, 2023, CHRISTOPHER failed to appear for his scheduled DREAM status hearing. (Dkt. 39.)

On June 23, 2023, CHRISTOPHER failed to appear for his scheduled DREAM status hearing.

On July 28, 2023, CHRISTOPHER failed to appear for his scheduled DREAM status hearing.

ORDER TO SHOW CAUSE - 1
*United States v. Christopher* / 2:22-cr-00194-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

When CHRISTOPHER entered DREAM, he acknowledged in his DREAM Contract that, "at a minimum, you will be required to appear before the DREAM Judicial Officer at least once a month to evaluate your progress." (Dkt. 11 at 4.) This Contract further provides that, "Cause for involuntary termination from the DREAM program includes, but is not limited to, the commission of new law violations, repeated drug use, chronic pattern of refusal to cooperate with a treatment or other program provider, repeated refusals to cooperate with the DREAM program's imposed sanctions or to participate in the DREAM program in a meaningful manner." (*Id.* at 9.)

IT IS HEREBY ORDERED that CHRISTOPHER appear for the scheduled DREAM status hearing, to be held via Zoom, on August 25, 2023, and that he SHOW CAUSE as to why he should not be terminated from DREAM.

Should CHRISTOPHER fail to appear again, he will be terminated from DREAM.

DATED this 31st day of July, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

PRESENTED BY:

*s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

ORDER TO SHOW CAUSE - 2
*United States v. Christopher* / 2:22-cr-00194-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970